JUNE 30, 1994

No. 93–1108.  McWHERTER, GOVERNOR OF TENNESSEE, ET AL. v. RURAL WEST TENNESSEE AFRICAN-AMERICAN AFFAIRS COUNCIL, INC., ET AL.; and

No. 93–1379. RURAL WEST TENNESSEE AFRICAN-AMERICAN AFFAIRS COUNCIL, INC., ET AL. *v.* MCWHERTER, GOVERNOR OF TENNESSEE, ET AL. Appeals from D. C. W. D. Tenn. Judgment vacated and cases remanded for further consideration in light of *Johnson* v. *De Grandy, ante,* p. 997.